IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | DOUGLAS E SUMMERS : | | CHAPTER 13 |
| | : | | |
| | and : | | |
| | : | | |
| | KAREN E. SUMMERS : | | CASE NO.   22-11673-mdc |
| | : | | |
| | Debtors : | | |

**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

      Lohr & Associates, Ltd., applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the debtor.

2. The Debtor filed a petition under chapter 13 of the Bankruptcy Code on June 27, 2022.

3. The Debtor's annualized current monthly income as set forth on Form B22 C is:

      __   above median (the amount on line 15 is not less than the amount on line 16).

      _X_   below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were preformed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $4,000.00 for providing the following services: Meeting with clients and discussing bankruptcy options.  Gathering and uploading documents to the Chapter 13 Trustee's website.  Preparing a liquidation analysis.  Preparation and filing of all chapter 13 bankruptcy forms and plan.  Preparing, filing and serving two chapter 13 plans.  Downloading and forwarding all proofs of claim to clients and discussing same.  Downloading and forwarding Chapter 13 trustee reports to clients.  Conversations with Chapter 13 Trustee's office regarding confirmation issues.

6. Applicant requests reimbursement of expenses in the amount of $0.00 for the following expenses: None.

7. The debtor paid Applicant $2,500.00 prior to the filing of the petition.

8. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P.

      2016(b) is attached hereto as Exhibit "A".

9. None of the compensation paid to Applicant will be shared with any person other than a member or regular association of applicant's law firm unless 11 U.S.C. § 504(c) applies.

WHEREFORE, Applicant requests an award of $4,000.00 in compensation and of $0.00 in reimbursement of actual, necessary expenses.

                                                Respectfully submitted,

                                                Lohr & Associates, Ltd.

Dated: December 8, 2022            By:    /s/ Robert J. Lohr II
                                                        1246 West Chester Pike
                                                        Suite 312
                                                       West Chester, PA 19382
                                                        (610) 701-0222 - telephone
                                                        (610) 431-2792 - facsimile
                                                        bob@lohrandassociates.com - email